UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARGARITO M., <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br>NANCY BERRYHILL, DEPUTY COMMISSIONER OF OPERATIONS FOR THE SOCIAL SECURITY ADMINISTRATION, <br><br>　　　　Defendant. | No. ED CV 18-1155-PA (PLA) <br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

　　　IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED: June 3, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE