**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| MARGARITO M., | ) | No. ED CV 18-1155-PA (PLA) |
| Plaintiff, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) submitted by plaintiff's counsel, all the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were timely filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Counsel's Motion for Attorney Fees (ECF No. 33) is **granted**.
3. Attorney fees in the amount of $17,217 are awarded.

4. Counsel is directed to reimburse plaintiff the sum of $8,193.15, the amount already paid by defendant in EAJA fees.

5. Judgment shall be entered consistent with this Order.

6. The clerk shall serve this Order on all counsel or parties of record.

DATED: October 19, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE